## SOERGEL ET AL. v. ALLEN, COMMISSIONER OF EDUCATION OF NEW YORK.

No. 117. Decided October 9, 1961.

*Benjamin E. Shove* for appellants.

*Charles A. Brind, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## SPENCER, ADMINISTRATRIX, ET AL. v. HIBERNIA BANK ET AL.

No. 176. Decided October 9, 1961.

*M. Mitchell Bourquin* and *George Olshausen* for appellants.

*Moses Lasky* and *James Farraher* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.